**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| INSITE PLATFORM PARTNERS, INC., et al.,<br>    Plaintiff(s) | ) ) ) ) | |
| v. | ) ) ) | Case No. 3:19-cv-00250<br>Judge Crenshaw /Frensley |
| COMTECH MOBILE DATACOM CORPORATION,<br>    Defendant(s) | ) ) ) ) | |

**O R D E R**

The order entered on August 11, 2023 (Docket No. 122), is hereby VACATED.  A Case Management Conference is set for August 22, 2023 at 8:30 a.m. via telephone.  All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge